IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:06CR42DCB-JCS

JIMMY SMITH

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Counts 2, 3 and 5 of the indictment in this matter without prejudice, as the defendant has pled guilty and has been sentenced in Counts 1, 4 and 6 of the Indictment.

DUNN LAMPTON
United States Attorney

By   s/ *Jerry L. Rushing*
JERRY L. RUSHING
Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this   15th   day of August, 2007.

s/ David Bramlette
UNITED STATES DISTRICT JUDGE