IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.  CRIMINAL NO. 5:06-cr-42(DCB)(JCS)
 CIVIL ACTION NO. 5:08-cv-268(DCB)(JCS)

JIMMY SMITH  DEFENDANT

## ORDER

This cause is before the Court <u>sua sponte</u> to address two filings by the defendant (docket entries 29 and 33). The Court, having denied the defendant's Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255, and having dismissed this action with prejudice, finds that the filings are moot. Accordingly,

IT IS HEREBY ORDERED that the filings of the defendant, docketed by the Clerk of Court as a letter motion for copies **(docket entry 29)** and motion for copies **(docket entry 33)** are MOOT.

SO ORDERED, this the 3rd day of August, 2010.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE